## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA,
*ex rel.* BRIAN WATKINS                    PLAINTIFF-RELATOR


v.                          No. 4:20-cv-1110-DPM


ADVANCED PATHOLOGY SOLUTIONS, LLC          DEFENDANT


UNITED STATES OF AMERICA;
STATES OF CALIFORNIA; COLORADO;
CONNETICUT; FLORIDA; GEORGIA;
ILLINOIS; INDIANA; IOWA;
LOUISIANA; MARYLAND; MINNESOTA;
MONTANA; NEVADA; NEW JERSEY;
NEW MEXICO; NORTH CAROLINA;
OKLAHOMA; TENNESSEE; TEXAS;
VERMONT; VIRGINIA; WASHINGTON;
and THE DISTRICT OF COLUMBIA
*ex rel.* BRENT AUCION and
DENISE AUCOIN                          PLAINTIFFS-RELATORS


v.                          No. 4:21-cv-277-DPM


ADVANCED PATHOLOGY SOLUTIONS;
GASTROENTEROLOGY ASSOCIATES
OF CENTRAL GEORGIA; DR. LUIS E.
ALVAREZ GASTROENTEROLOGY,
DIGESTIVE DISEASES CENTER OF
HATTIESBURG, LLC; MEDICAL
ASSOCIATES OF NORTHWEST
ARKANSAS, MANA; HUNTER
PLEDGER, Chief Laboratory Officer;

GATEWAY GASTROENTEROLOGY;
GASTROENTEROLOGY ASSOCIATES,
PA; GASTROINTESTINAL SPECIALISTS;
UNITED DIGESTIVE; DONNELL BURKETT,
Chief Operations Officer; GASTROENTEROLOGY
CLINIC OF ACADIANA; PREMIER GASTRO
ASSOCIATES; KEVIN HANNAH, Chief
Executive Officer; ALABAMA MEDICAL
GROUP, PC; DIGESTIVE DISEASE GROUP,
DDG; and HISTOLOGY CONNECTIONS, LLC        DEFENDANTS

UNITED STATES OF AMERICA,
*ex rel.* MICHAEL PAULSEN                        PLAINTIFF-RELATOR


v.                        No. 4:22-cv-1275-DPM


ADVANCED PATHOLOGY SOLUTIONS, LLC;
DIGESTIVE DISEASE CONSULTANTS, PA;
PROFESSIONAL GASTROENTEROLOGY &
NUTRITION ASSOCIATES, PA, doing business as,
Advanced Gastroenterology & Surgery Associates;
SOUTH LAKE GASTROENTEROLOGY, INC.;
GASTRO-INTESTINAL CONSULTANTS
OF CENTRAL FLORIDA, LLC; LAKE
GASTROENTEROLOGY ASSOCIATES, LLC;
GASTROENTEROLOGY CONSULTANTS OF
SAVANNAH, PC; WESTGLEN
GASTROINTESTINAL CONSULTANTS, PA;
GASTROENTEROLOGY GROUP, LLC;
GATEWAY GASTROENTEROLOGY, INC.;
DIGESTIVE DISEASE GROUP, PA;
KOFI NUAKO, M.D., P.C., doing business as,
Advanced Gastroenterology; TEXAS INSTITUTE
OF DIGESTIVE HEALTH, PLLC; TEXAS
GASTROENTEROLOGY INSTITUTE, PA;
10001 LILE HOLDINGS PA, doing business as,

**Little Rock Diagnostic Clinic;  COOPER CLINIC,
PA;  HATTIEBURG GI ASSOCIATES, PLLC;
and JEFFERSON CITY MEDICAL GROUP, PC          DEFENDANTS**

## ORDER

The defendants-relators joint status report, *Doc. 82*, is appreciated.

The Court approves the proposed briefing schedule.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

23 June 2026