IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA;
STATES OF CALIFORNIA; COLORADO;
CONNETICUT; FLORIDA; GEORGIA;
ILLINOIS; INDIANA; IOWA;
LOUISIANA; MARYLAND;
MASSACHUSETTS; MINNESOTA;
MONTANA; NEVADA; NEW JERSEY;
NEW MEXICO; NORTH CAROLINA;
OKLAHOMA; TENNESSEE; TEXAS;
VERMONT; VIRGINIA; WASHINGTON;
and THE DISTRICT OF COLUMBIA
*ex rel.* DENISE AUCION and
BRENT AUCOIN PLAINTIFFS-RELATORS

v. No. 4:21-cv-277-DPM

ADVANCED PATHOLOGY
SOLUTIONS, LLC, ADVANCED
PATHOLOGY SOLUTIONS, PLLC;
APS MSO, LLC; HISTOLOGY
CONNECTIONS, LLC; KEVIN
HANNAH, Chief Executive Officer;
DANIEL HUNTER PLEDGER, Chief
Laboratory Officer; DONELL BURKETT,
Chief Operations Officer; UNITED
DIGESTIVE; GASTROINTESTINAL
SPECIALISTS; PREMIER GASTRO
ASSOCIATES; DIGESTIVE DISEASES
CENTER OF HATTIESBURG, LLC;
MEDICAL ASSOCIATES OF NORTHWEST
ARKANSAS, MANA; DIGESTIVE

**DISEASE GROUP, DDG;
GASTROENTEROLOGY ASSOCIATES
OF CENTRAL GEORGIA;
GASTROENTEROLOGYASSOCIATES
PA; GATEWAY GASTROENTEROLOGY;
DR. LUIS E. ALVAREZ
GASTROENTEROLOGY;
GASTROENTEROLOGY CLINIC OF
ACADIANA; and ALABAMA MEDICAL
GROUP PC DEFENDANTS**

## JUDGMENT

**1.** All the Aucoins's claims against the named Advanced Pathology entities, United Digestive, Kevin Hannah, Donell Burkett, and Daniel Hunter Pledger are dismissed with prejudice. All the United States' claims against the named Advanced Pathology entities, United Digestive, Hannah, Burkett, and Pledger for conduct covered by the settlement agreements are dismissed with prejudice. All other claims by the United States against the named Advanced Pathology entities, United Digestive, Hannah, Burkett, and Pledger are dismissed without prejudice. The Court retains jurisdiction to enforce the settlement agreements between the United States, the Aucoins, the named Advanced Pathology entities, United Digestive, Hannah, Burkett, and Pledger, including but not limited to, the relators'-fees issue.

**2.** All claims by the states of California, Colorado, Connecticut, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Maryland,

Massachusetts, Michigan, Minnesota, Montana, Nevada, new Jersey, New Mexico, North Carolina, Oklahoma, Tennessee, Texas, Vermont, Virginia, Washington, and the District of Columbia are dismissed without prejudice.

**3.** All other claims against all other remaining defendants are dismissed without prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

17 August 2026